■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ZELEDON, Appellant. [14 NYS3d 706]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Lasak, J.), imposed January 11, 2012, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's waiver of his right to appeal was invalid (*see People v Bradshaw*, 18 NY3d 257, 265 [2011]; *People v Brown*, 122 AD3d 133 [2014]). However, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Austin, Cohen and Barros, JJ., concur.